| | |
|---|---|
| 1 | ALLISON H. GODDARD (#211098)<br>**PATTERSON LAW GROUP** |
| 2 | 402 West Broadway, 29th Floor<br>San Diego, California 92101 |
| 3 | Telephone: 619.398.4760<br>Facsimile: 619.756.6991 |
| 4 | ali@pattersonlawgroup.com |
| 5 | Attorneys for Plaintiff and the Class |
| 6 | P. CRAIG CARDON (#168646)<br>BRIAN R. BLACKMAN (#196996) |
| 7 | ELIZABETH S. BERMAN (#252377)<br>J. JUDY SUWATANAPONGCHED (#266313) |
| 8 | **SHEPPARD MULLIN RICHTER & HAMPTON LLP**<br>Four Embarcadero Center, 17th Floor |
| 9 | San Francisco, California 94111-4109<br>Telephone: 415.434.9100 |
| 10 | Facsimile: 415.434.3947<br>ccardon@sheppardmullin.com |
| 11 | bblackman@sheppardmullin.com<br>eberman@sheppardmullin.com |
| 12 | jsuwatanapongched@sheppardmullin.com |
| 13 | Attorneys for Defendant EUROMARKET<br>DESIGNS, INC., d/b/a CRATE & BARREL |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA SHUGHROU, an individual, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>EUROMARKET DESIGNS, INC., an Illinois corporation, and DOES 1 through 50, inclusive<br><br>  Defendants | Case No. 3:11-cv-02325-JSW<br><br>**STIPULATION RE BRIEFING SCHEDULE FOR DEFENDANT EUROMARKET DESIGNS, INC. D/B/A CRATE & BARREL'S MOTION FOR PARTIAL SUMMARY JUDGMENT [DKT. #30] ; ~~PROPOSED~~ ORDER**<br><br>Date: June 22, 2012<br>Time: 9:00 a.m.<br>Place: Courtroom 11, 19th Floor<br><br>The Honorable Jeffrey S. White |

WHEREAS, on March 26, 2012, Defendant Euromarket Designs, Inc., d/b/a Crate & Barrel ("Crate & Barrel") filed a Motion for Partial Summary Judgment. [Dkt. # 30.] According to this Court's Local Rules, Plaintiff's deadline to file a brief in opposition to the Motion is April 9, 2012; and

WHEREAS, the parties have agreed to attend a global mediation involving all Crate & Barrel Song-Beverly cases before the Hon. Edward Infante (Ret.) on April 11, 2012, and wish to focus their efforts at the present time on settlement discussions;

THEREFORE the parties have agreed, subject to the Court's approval, to the following briefing schedule on the Motion:

1. Plaintiff's Opposition to the Motion shall be due on May 9, 2012; and

2. Defendant's Reply in support of the Motion shall be due on May 23, 2012.

IT IS SO STIPULATED.

Dated: April 4, 2012

PATTERSON LAW GROUP

By: /s/ Allison H. Goddard
    ALLISON H. GODDARD
Attorneys for Plaintiff and the Class

Dated: April 4, 2012

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Brian R. Blackman
    BRIAN R. BLACKMAN
Attorneys for Defendant EUROMARKET DESIGNS, INC., d/b/a CRATE & BARREL

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, and finding good cause therein, IT IS ORDERED that:

1. Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment [Dkt. #30] shall be due on May 9, 2012; and

2. Defendant's Reply in support of the Motion shall be due on May 23, 2012.

**IT IS SO ORDERED.**

DATED: April 5, 2012

_/s/ Jeffrey S. White_
HON. JEFFREY S. WHITE
UNITED STATED DISTRICT COURT JUDGE

Case No. 3:11-cv-02325-JSW   1
STIPULATION RE BRIEFING SCHEDULE FOR DEFENDANT EUROMARKET DESIGNS, INC. D/B/A
CRATE & BARREL'S MOTION FOR PARTIAL SUMMARY JUDGMENT [DKT. #30] ; PROPOSED
ORDER