P. CRAIG CARDON, Cal. Bar No. 168646
ccardon@sheppardmullin.com
BRIAN BLACKMAN, Cal. Bar No. 196996
bblackman@sheppardmullin.com
ELIZABETH S. BERMAN, Cal. Bar No. 252377
eberman@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
4 Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947

Attorneys for Defendant EUROMARKET
DESIGNS, INC., d/b/a CRATE & BARREL

ALLISON H. GODDARD, Cal. Bar No. 211098
**PATTERSON LAW GROUP**
402 West Broadway, 29th Floor
San Diego, California 92101
Telephone: 619.398.4760
Facsimile: 619.756.6991
ali@pattersonlawgroup.com

Attorneys for Plaintiff and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA SHUGHROU, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EUROMARKET DESIGNS, INC., an Illinois corporation, and DOES 1 through 50, inclusive<br><br>Defendants. | Case No. 3:11-cv-02325-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARINGS ON MOTION FOR PARTIAL SUMMARY JUDGMENT AND MOTION FOR CLASS CERTIFICATION AND SETTING BRIEFING SCHEDULE**<br><br>Date: June 22, 2012<br>Time: 9:00 a.m.<br>Courtroom: 11, 19th Floor<br><br>The Honorable Jeffrey S. White |

Plaintiff Jessica Shughrou ("Plaintiff") and defendant Euromarket Design, Inc., d/b/a Crate & Barrel ("Crate & Barrel"), by and through their counsel, stipulate:

1. Plaintiff initiated this action on May 11, 2011 and filed her operative First Amended Complaint on September 29, 2011. (Dkt. Nos. 1 & 17.) The Amended Complaint alleges defendant Crate & Barrel violated the Song-Beverly Credit Card Act, California Civil Code § 1747/08, *et seq*. ("Song-Beverly"), and committed various related torts, by requesting and recording Plaintiff's Zip Code during a credit card transaction in California. (Dkt. No. 17.)

2. After the Court denied Crate & Barrel's Motion to Strike or Dismiss Portions of the Amended Complaint, Crate & Barrel answered the Amended Complaint on January 3, 2012, alleging various defenses. (Dkt. No. 27.)

3. Six other class action complaints have been filed against Crate & Barrel, alleging generally the same violation of Song-Beverly that is alleged in the present action. All of those cases, expect one (which remains in state court), have been transferred to this Court and related to this action.

4. On March 26, 2011, Crate & Barrel filed a Motion for Partial Summary Judgment, seeking judgment on Plaintiff's first claim for violation of Song-Beverly, with a hearing date of June 22, 2012. (Dkt. No. 30.) By stipulation and order the Court set a briefing schedule on this motion such that Plaintiff's Opposition and Crate & Barrel's Reply are due May 9 and 25, 2012, respectively. (Dkt. No. 34.)

5. On April 10, 2012, Plaintiff filed her Motion for Class Certification with a hearing date set for June 15, 2012. (Dkt. No. 35.) Crate & Barrel's Opposition and Plaintiff's Reply are due April 24, 2012 and June 1, 2012, respectively. As noted in Plaintiff's motion, there has been no discovery taken in this matter to date. The Court continued the hearing on Plaintiff's motion to June 22, 2012 to coincide with Crate & Barrel's Motion for Partial Summary Judgment. (Dkt. No. 36.)

6. On April 11, 2012, Plaintiff and Crate & Barrel participated in a full day mediation before Judge Edward Infante (Ret.) at JAMS in San Francisco. This was a global

1  mediation, involving all seven of the Song-Beverly actions filed against Crate & Barrel.
2  Crate & Barrel's insurer, The Hartford, also participated in the mediation.

3        7.     The parties made progress towards a settlement during the mediation, but did
4  not reach a final agreement. Mediator Infante has made a mediator's offer, which remains
5  open until next week. The parties are continuing their settlement discussion and wish to
6  focus their immediate efforts on settlement. As such, the parties jointly request the Court
7  continue the June 22, 2012 hearing on both motions to July 20, 2012 and set the following
8  briefing schedule for both motions:

9       (a)     Opposition Briefs due for filing and service June 15, 2012; and
10      (b)     Reply Briefs due for filing and service June 29, 2012.

11 **IT IS SO STIPULATED.**

12 Dated: April 13, 2012

13                                     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

15                          By     */s/ Brian R. Blackman*
16                                        CRAIG CARDON
                                     BRIAN R. BLACKMAN
17                                    ELIZABETH S. BERMAN
                                   Attorneys for Defendant
18                                  EUROMARKET DESIGN, INC.,
19                                  d/b/a CRATE & BARREL

20 Dated: April 13, 2012      PATTERSON LAW GROUP

22                          By     */s/ Allison H. Goddard*
23                                  ALLISON H. GODDARD
                                 Attorneys for Plaintiff
24                            JESSICA SHUGHROU and THE CLASS

## ORDER

Having considered the parties' stipulation and good cause appearing, the Court continues the hearings on Crate & Barrel's Motion for Partial Summary Judgment (Dkt. No. 30) and Plaintiff's Motion for Class Certification (Dkt. No. 35) to July 20, 2012 at 9:00 AM in Courtroom 11, 19th Floor. The Court further orders the following briefing schedule for both motions:

(a) Opposition Briefs due for filing and service June 15, 2012; and

(b) Reply Briefs due for filing and service June 29, 2012.

**IT IS SO ORDERED.**

Dated: April 16, 2012

_____
The Honorable Jeffrey S. White
United States District Judge