1   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
2      Including Professional Corporations
    P. CRAIG CARDON, Cal. Bar No. 168646
3   BRIAN R. BLACKMAN, Cal. Bar No. 196996
    ELIZABETH S. BERMAN, Cal. Bar No. 252377
4   J. JUDY SUWATANAPONGCHED, Cal. Bar No. 266313
    Four Embarcadero Center, 17th Floor
5   San Francisco, California  94111-4109
    Telephone:    415-434-9100
6   Facsimile:    415-434-3947
    ccardon@sheppardmullin.com
7   bblackman@sheppardmullin.com
    eberman@sheppardmullin.com
8   jsuwatanapongched@sheppardmullin.com

9   Attorneys for Defendant
    EUROMARKET DESIGNS, INC.
10  d/b/a CRATE & BARREL

11                  UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13  JESSICA SHUGHROU, an individual, on      Case No. 3:11-cv-02325-JSW
    behalf of herself and all others similarly
14  situated,

15                  Plaintiffs,              **JOINT NOTICE OF SETTLEMENT**

16          v.                               Assigned to:      Hon. Jeffrey S. White
                                             Complaint Filed:  May 11, 2011
17  EUROMARKET DESIGNS, INC., an
    Illinois corporation, and DOES 1 through
18  50, inclusive,

19                  Defendants.

20

21

22

23

24

25

26

27

28

Case No. 3:11-cv-02325-JSW

1   TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF

2   RECORD:

3   PLEASE TAKE NOTICE that plaintiff Jessica Shughrou ("Plaintiff") and

4   defendant Euromarkets Designs, Inc., d/b/a Crate & Barrel ("Crate & Barrel") have

5   reached a settlement in principle of the claims asserted by Plaintiff, individually and on

6   behalf of all those similarly situated, against Crate & Barrel in the above-referenced action.

7   On April 11, 2012, Plaintiff and Crate & Barrel participated in a full day mediation

8   before Judge Edward Infante (Ret.) at JAMS in San Francisco.  This was a global

9   mediation, involving all six of the Song-Beverly actions filed against Crate & Barrel in this

10  Court and one additional action filed in Los Angeles Superior Court.  Following further

11  post-mediation negotiations, the parties were able to reach a global settlement.

12  The parties are in the process of preparing a Settlement Agreement and General

13  Release ("Settlement Agreement"), and a Motion for Preliminary Approval of Class

14  Settlement ("Approval Motion").  All parties have agreed that they will seek approval of

15  the settlement through the present matter.  The parties' counsel anticipate that they will

16  need sixty (60) days to finalize the Settlement Agreement and submit the Approval

17  Motion.

18  Dated:  May 9, 2012

19                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

20                          By _____ /s/ Brian R. Blackman

21                                      BRIAN R. BLACKMAN
                                    Attorneys for Defendant
22                                  EUROMARKET DESIGNS, INC.
                                    d/b/a CRATE & BARREL
23  Dated:  May 9, 2012

24

25                          PATTERSON LAW GROUP, APC

26                          By _____ /s/ Allison H. Goddard

27                                      ALLISON H. GODDARD
                                    Attorneys for Plaintiff
28                                  JESSICA SHUGHROU

-1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>CERTIFICATION</u>

I, Brian R. Blackman, am the ECF User whose identification and password are being used to file this Joint Notice of Settlement.  In compliance with General Order 45.X.B., I hereby attest that Allison H. Goddard has concurred in this filing.

Dated:  May 9, 2012

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____/s/ Brian R. Blackman_____
BRIAN R. BLACKMAN
Attorneys for Defendant