Allison H. Goddard, State Bar No. 211098
James R. Patterson, State Bar No. 211102
PATTERSON LAW GROUP
402 West Broadway, 29th Floor
San Diego, California 92101
Telephone: 619.398.4760
Facsimile:  619.756.6991

*Attorneys for Plaintiff Jessica Shughrou*

Gene J. Stonebarger, State Bar No. 209461
Richard D. Lambert, State Bar No. 251148
Elaine W. Yan, State Bar No. 277961
STONEBARGER LAW
A Professional Corporation
75 Iron Point Circle, Suite 145
Folsom, CA 95630
Telephone: (916) 235-7140
Facsimile: (916) 235-7141

*Attorneys for Plaintiff Thomas O'Connor*

(See signature page for additional Plaintiffs' counsel)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS O'CONNOR, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EUROMARKET DESIGNS, INC., an Illinois corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:11- CV-02140-JSW<br><br>**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:   March 22, 2013<br>Time:  9:00 a.m.<br>Place:  Courtroom 11<br><br>Complaint filed:         May 11, 2011 |
| NANCY DARDARIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EUROMARKET DESIGNS, INC. d/b/a CRATE & BARREL, an Illinois corporation,<br><br>Defendant. | Case No. 3:11-CV-00945-JSW |

| | |
|---|---|
| JESSICA SHUGHROU, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EUROMARKET DESIGNS, INC., an Illinois corporation, and DOES 1 through 50, inclusive<br><br>Defendants | Case No. 3:11-cv-02325-JSW |
| CARLOS CAMPBELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EUROMARKET DESIGNS, INC., an Illinois corporation,<br><br>Defendant. | Case No. 3:11-CV-01368-JSW |
| ZETHA NOBLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EUROMARKET DESIGNS, an Illinois corporation,<br><br>Defendant. | Case No. 3:11-CV-03329-JSW |
| TIFFANY HEON, for herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EUROMARKET DESIGNS, INC., dba CRATE & BARREL and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 3:11-CV-05239-JSW |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that on March 22, 2013, at 9:00 a.m., or as soon thereafter as counsel can be heard in Courtroom 11 of the above-entitled Court located at 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiffs Jessica Shughrou, Carlos Campbell, Nancy Dardarian, Thomas O'Connor, Tiffany Heon, and Zetha Noble will and hereby do move for an Order Preliminarily Approving the Class Action Settlement in this matter pursuant to Federal Rule of Civil Procedure 23, including each of the following:

(1) preliminarily approving the Settlement Agreement as being fair, reasonable, and adequate;

(2) provisionally certifying the Class under Fed. R. Civ. P. 23 for settlement purposes only;

(3) preliminarily approving the form, manner, and content of the Class Notices and Claim Form;

(4) appointing Plaintiffs Jessica Shughrou, Carlos Campbell, Nancy Dardarian, Thomas O'Connor, Tiffany Heon, and Zetha Noble as the Class representatives;

(5) appointing the law firms of Patterson Law Group, APC; Stonebarger Law, APC; Hoffman & Lazear; Morris and Associates; and The Terrell Law Group as counsel for the Class; and

(6) setting the date and time of the Fairness Hearing.

This motion for preliminary approval of a class action settlement is based upon this notice of motion and motion, the accompanying memorandum of points and authorities, the supporting Declaration of Allison H. Goddard, the records and files in this action, and upon such further and additional papers and argument as may be presented herein.

Dated: January 9, 2013　　　　　　　　　　　　　PATTERSON LAW GROUP, APC

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Allison H. Goddard
　　　　　　　　　　　　　　　　　　　　　　　　　　　ALLISON H. GODDARD

　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　JESSICA SHUGHROU

---

1

PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

| | |
|---|---|
| Dated:  January 9, 2013 | HOFFMAN & LAZEAR |
| | By: /s/ Chad A. Saunders<br>         CHAD A. SAUNDERS |
| | Attorneys for Plaintiff<br>NANCY DARDARIAN |
| Dated:  January 9, 2013 | MORRIS AND ASSOCIATES |
| | By: /s/ Stephen B. Morris<br>         STEPHEN B. MORRIS |
| | Attorneys for Plaintiff<br>TIFFANY HEON |
| Dated:  January 9, 2013 | THE TERRELL LAW GROUP |
| | By: /s/ Reginald Von Terrell<br>         REGINALD VON TERRELL |
| | Attorneys for Plaintiff<br>ZETHA NOBLE |
| Dated:  January 9, 2013 | STONEBARGER LAW, APC |
| | By: /s/ Gene J. Stonebarger<br>         GENE J. STONEBARGER |
| | Attorneys for Plaintiff<br>THOMAS O'CONNOR |